IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Mortgage Electronic Registration Systems, Inc., as nominee for Dollar Mortgage Corporation<br>    PLAINTIFF<br><br>VS.<br><br>Eric Wacha<br>Laura Wacha<br><br>    DEFENDANTS | CIVIL ACTION<br>NO: 4:05-CV-2392 |

### ORDER FOR DEFAULT JUDGMENT

AND NOW, this __20th__ day of __January__, 2006, upon consideration of the Praecipe to Enter Default Judgment of Plaintiff, Mortgage Electronic Registration Systems, Inc., as nominee for Dollar Mortgage Corporation ("Plaintiff"), it is hereby Ordered and Decreed that default judgment is entered in favor of Plaintiff, and against defendants, Eric Wacha and Laura Wacha ("Defendants"), and it is further Ordered and Decreed that:

A.   Judgment in mortgage foreclosure is hereby entered for the sum of $149,658.74 through January 13, 2006;

B.   Interest in the amount of $32.80 from January 14, 2006, plus all other related fees and costs, are to be added to the judgment amount;

C.   All legal rights, title and interest which Defendants have in the subject property, located at 2703 Sussex Road, Tobyhanna, PA 18466 (the "Property"), inclusive of buildings and improvements thereon, shall be sold at Marshall's Sale;

D.   All amounts owed by Defendants to Plaintiff under the loan documents and otherwise in this action shall be paid out of the proceeds of said sale;

E.   If the proceeds of said sale of the Property exceed the sum of money owed by Defendants to Plaintiff under the loan documents and otherwise in this action, any such excess shall be deposited with the Clerk of the Court subject to further Order of the Court.

BY THE COURT

s/ John E. Jones III
John E. Jones III
United States District Judge